75,351-02

In the matter of case # WR-75,351-02 petition for Writ of Habeas Corpus now pending in this Court of Criminal Appeals "the State of Texas" since May 6, 2015 as received by the court clerk Supplemented by this criminal complaint pursuant to the 1866 civil Rights act enforceable by the United States marshals codified at Title 18 USC 241 and 242.

Officer Burns has caused the unlawful arrest of me and false imprison by the Sheriff of Van Zandt County in "the State of Texas" and has restrained my liberty since May the second 2015 by the use of terroristic threat by threaten to abduct (arrest) me for traveling in "his Town" without a Texas drivers license which does not exist pursuant to ruling of case law and Vernon's civil statutes ART II Sec.3 (3) and my right to travel pursuant to Articles of Confederation Article IV. The better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states, paupers, vagabonds and fugitives from Justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states; **and the people of each state shall have free ingress and regress to and from any other state**, and shall enjoy therein all the privileges of trade and commerce,

FILED

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

TERRORISTIC THREAT        Texas PENAL CODE

TITLE 5. OFFENSES AGAINST THE PERSON

Sec. 22.07. TERRORISTIC THREAT (a) A person an offense if he threatens to commit any offense involving violence to any person or property with intent to:

(1) cause a reaction of any type to his threat by an official or volunteer agency organized to deal with emergencies;

(2) place any person in fear of imminent serious bodily injury;

(3) prevent or interrupt the occupation or use of a building, room, place of assembly, place to which the public has access, place of employment or occupation, aircraft, automobile, or other form of conveyance, or other public place;

Being in fear of Burn's TERRORISTIC THREAT I can't travel into town to even buy food.

It is further evident he Burns is aided by members of the bar association an unregistered corporation unregister to do business in Texas per the Texas secretary

1

of State (See attached marked #1) Along with the mayor and city counsel of the corporate city of Grand Saline for the enrichment of the corporation.

Burns and his aids are using Threats to compel me to do the impossible or they will abduct (arrest) me again and hold me for ransom at a hundred dollars a day till the ransom is paid per the alleged judge.

Now I bring this counter claim against the officers and agents of Grand Saline a chartered Corporation of Texas for criminal racketeering, extortion, false arrest, false imprisonment, fraud, denial of due process and trial pursuant to the seventh (7th) amendment of the several united States of America.

I petition court to order THE **"BONDS"** be immediately brought forward for Citations numbers 5949, 5960 and 08907 issued by Jason Burns of the corporation of the City of Grand Saline , Texas acting as an agent for "the State of Texas" so I can see who will indemnify me for the damage done to me:

This is the proper Court to bring this counter claim where the Writ of Habeas Corpus case # WR-75,351-02 is pending.

I pray this Court act quickly bring the criminals to justice and restore my liberty.

*Ralph-Kenneth*

Ralph-Kenneth: family of Evans          Non-resident          raised seal:

Mail location exact and certain:

171 Private Road 5710   hold for (Ralph-Kenneth) Grand Saline, "the State of Texas" near (75140)

Service to the Courts this 30th of June 2015

By me, *Ralph- Kenneth* _____ non-resident     raised seal:

2

# GRAND SALINE MUNICIPAL COURT
## 132 EAST FRANK STREET
## GRAND SALINE, TEXAS 75140-1824
## OFFICE # 903-962-3122
## FAX# 903-962-3363

ES UNA CARTA IMPORTANTE, SI NO INTENDE INGLES, PRO FAVOR BUSQUE ALGUIN QUE LE LEA ESTA CARTA.

DATE: June 26, 2015

RE: THE STATE OF TEXAS
    VS.

EVANS, RALPH
171 PR 5710
GRAND SALINE, TX 75140

**FILED**

JUN 2 6 2015

Grand Saline Municipal Court

### CAUSE NO. 5950
### OFFENSE: NO DRIVERS LICENSE

THE ABOVE STYLED AND NUMBERED CASE WILL BE CALLED FOR DOCKET ON **07/14/2015**, AT **10:00 am**. PRE-TRIAL MOTIONS WILL BE HEARD AND THE CASE WILL BE SET FOR TRIAL AT THAT TIME.

LADIES AND GENTLEMEN APPEARING IN COURT SHOULD BE PROPERLY ATTIRED IN ACCORD WITH THE TIME HONORED CUSTOM AND TRADITION OF THE MUNICIPAL COURTS OF THIS STATE.

YOU AND/OR YOUR ATTORNEY ARE TO BE PRESENT AT DOCKET. IF YOU WISH TO RESOLVE THIS CASE PRIOR TO THE HEARING, PLEASE CONTACT THE COURT.

DOCKET-CALL HEARING WILL BE HELD AT THE FOLLOWING LOCATION:

*Becky Kindle, Clerk*

GRAND SALINE MUNICIPAL COURT
128 EAST FRANK STREET
GRAND SALINE, TEXAS 75140

# GRAND SALINE MUNICIPAL COURT
## 132 EAST FRANK STREET
## GRAND SALINE, TEXAS 75140-1824
## OFFICE # 903-962-3122
## FAX# 903-962-3363

ES UNA CARTA IMPORTANTE, SI NO INTENDE INGLES, PRO FAVOR BUSQUE ALGUIN QUE LE LEA ESTA CARTA.

DATE: June 26, 2015

**FILED**
JUN 2 6 2015
Grand Saline Municipal Court

RE: THE STATE OF TEXAS
VS.

EVANS, RALPH
171 PR 5710
GRAND SALINE, TX 75140

CAUSE NO. 6784
OFFENSE: NO DRIVERS LICENSE

THE ABOVE STYLED AND NUMBERED CASE WILL BE CALLED FOR DOCKET ON **07/14/2015**, AT **10:00 am**. PRE-TRIAL MOTIONS WILL BE HEARD AND THE CASE WILL BE SET FOR TRIAL AT THAT TIME.

LADIES AND GENTLEMEN APPEARING IN COURT SHOULD BE PROPERLY ATTIRED IN ACCORD WITH THE TIME HONORED CUSTOM AND TRADITION OF THE MUNICIPAL COURTS OF THIS STATE.

YOU AND/OR YOUR ATTORNEY ARE TO BE PRESENT AT DOCKET. IF YOU WISH TO RESOLVE THIS CASE PRIOR TO THE HEARING, PLEASE CONTACT THE COURT.

DOCKET-CALL HEARING WILL BE HELD AT THE FOLLOWING LOCATION:

GRAND SALINE MUNICIPAL COURT
128 EAST FRANK STREET
GRAND SALINE, TEXAS 75140

**GRAND SALINE MUNICIPAL COURT**
**132 EAST FRANK STREET**
**GRAND SALINE, TEXAS 75140-1824**
**OFFICE # 903-962-3122**
**FAX# 903-962-3363**

ES UNA CARTA IMPORTANTE, SI NO INTENDE INGLES, PRO FAVOR BUSQUE ALGUIN QUE LE LEA ESTA CARTA.

DATE:  June 26, 2015

RE:  THE STATE OF TEXAS
VS.

EVANS, RALPH
171 PR 5710
GRAND SALINE, TX 75140

FILED
JUN 2 6 2015
Grand Saline Municipal Court

CAUSE NO. 5949
OFFENSE: SPEEDING 14 MPH OVER

THE ABOVE STYLED AND NUMBERED CASE WILL BE CALLED FOR DOCKET ON **07/14/2015**, AT **10:00 am**. PRE-TRIAL MOTIONS WILL BE HEARD AND THE CASE WILL BE SET FOR TRIAL AT THAT TIME.

LADIES AND GENTLEMEN APPEARING IN COURT SHOULD BE PROPERLY ATTIRED IN ACCORD WITH THE TIME HONORED CUSTOM AND TRADITION OF THE MUNICIPAL COURTS OF THIS STATE.

YOU AND/OR YOUR ATTORNEY ARE TO BE PRESENT AT DOCKET.  IF YOU WISH TO RESOLVE THIS CASE PRIOR TO THE HEARING, PLEASE CONTACT THE COURT.

DOCKET-CALL HEARING WILL BE HELD AT THE FOLLOWING LOCATION:

*Becky Kindle, Clerk*
GRAND SALINE MUNICIPAL COURT
128 EAST FRANK STREET
GRAND SALINE, TEXAS 75140

**evans**

---

From:    "evans" <evans77@hughes.net>
To:      "Corp Help Desk" <CorpHelp@sos.texas.gov>
Sent:    Tuesday, June 23, 2015 3:59 PM
Subject: Re: OPEN RECORD REQUEST

# No other response required
# Per the ANSWER FROM SOS of TEXAS
# It is evident that the state bar is not registered to do business and are not license in "the State of Texas" therefore they must be a corporation of this state and not the state and have no jurisdiction in "the State of Texas" only outside of the State of Texas with U.S. residents or contracting parties.

----- Original Message -----
From: Corp Help Desk
To: evans77@hughes.net
Sent: Tuesday, June 23, 2015 1:33 PM
Subject: RE: OPEN RECORD REQUEST

Evans,

I received your request and performed a search of our Corporations database for "The State Bar". I retrieved no results. Per your email, you are requesting that we respond to your email by mail. Are you still requesting this response to be sent by mail or is this response satisfactory to answer your request?

Sophie Mathews
Attorney, Business & Public Filings Division
Office of the Texas Secretary of State
Phone: (512) 463-5663
Fax: (512) 475-2781
smathews@sos.texas.gov
www.sos.state.tx.us

This email provides general answers to the questions raised, is not intended as legal advice and does not establish an attorney-client relationship. Please contact your attorney for legal advice specific to your situation.

From: SOSDirect
Sent: Tuesday, June 23, 2015 1:06 PM
To: evans
Cc: Corp Help Desk
Subject: RE: OPEN RECORD REQUEST

Dear Sir or Madam,

6/29/2015

I have forwarded your inquiry to our Staff Attorney Section for response. They will respond to you directly within 2 business days.

*In the future, you may contact them directly at 512-463-5586 option 3 or corphelp@sos.texas.gov.*

Thank you,

Cindy Tobar ♥
Web Filings Team
Business and Public Filings Division
Corporations Section
512-475-2144
www.sos.state.tx.us

**NOTICE:** All processed documents and orders are returned to you by email using an automated process. So, if you use a Spam filtering service please make sure the address sosdirect@sos.texas.gov and response@sos.texas.gov is allowed through without being filtered. This will ensure that your processed orders/documents will arrive without delay.

*This email provides general answers to the questions raised, is not intended as legal advice. Please contact your attorney for legal advice specific to your circumstances.*

**From:** evans [mailto:evans77@hughes.net]
**Sent:** Tuesday, June 23, 2015 7:42 AM
**To:** evans; SOSDirect
**Subject:** Re: OPEN RECORD REQUEST

SECOND REQUEST! 6-23-2015

----- Original Message -----
**From:** evans
**To:** sosdirect@sos.texas.gov
**Sent:** Monday, June 22, 2015 9:43 AM
**Subject:** OPEN RECORD REQUEST

To: the Secretary of State of "the State of Texas".
Request for information
Provide me any and all records in your procession that show any and all authority for the Corporation known as The state bar to do business in "the State of Texas" not to be confused with this State and the name and address of the Bar's bond holder.

SUBCHAPTER B. ADMINISTRATIVE PROVISIONS
    Sec. 81.011. GENERAL POWERS. (a) The state bar is a public corporation and an administrative agency of the judicial department of government.

# Texas Tax Code - Section 151.004.

§ 151.004. "IN THIS STATE". "In this state" means **within the exterior limits of Texas** and includes all territory within

these limits ceded to or owned by the United States. Acts 1981, 67th Leg., p. 1545, ch. 389, § 1, eff. Jan. 1, 1982.

Ralph-Kenneth: family of Evans  Non-resident


Mail location exact and certain:
171 Private Road 5710
Hold for : (Ralph-Kenneth)
Grand Saline, Texas near (75140)